IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-614 |
| | § | |
| FOLARIN H. ALABI, *et al* | § | |

**O R D E R**

Defendant Justice Daniel filed a motion for continuance, (Docket Entry No. 128). The government and the codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 20, 2017 |
| Responses are to be filed by: | April 3, 2017 |
| Pretrial conference is reset to**:** | **April 10, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 17, 2017 at 9:00 a.m.** |

SIGNED on January 13, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge